**Order filed July 3, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00373-CV
_____

### DONALD EDMONDSON, Appellant

### V.

### LEE BONETTO, Appellee

**On Appeal from the County Court at Law No. 1**
**Bell County, Texas**
**Trial Court Cause No. 87,275**

## O R D E R

Appellant's brief was due June 8, 2018**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **July 18, 2018**, the court will dismiss the appeal for want of prosecution. _See_ Tex. R. App. P. 42.3(b).

PER CURIAM